[No. 30805-0-I. Division One. December 16, 1993.]

ADRI REIJM, *Appellant*, v. BETTY REIJM,
*Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 90-2-00039-0, Stanley K. Bruhn, J., entered May
20, 1992. *Reversed* by unpublished opinion per Agid, J., con-
curred in by Scholfield and Grosse, JJ.

[No. 29615-9-I. Division One. December 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JAMES
HARTZ, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03486-5, Warren Chan, J., entered Decem-
ber 2, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 29906-9-I. Division One. December 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY BARTH
BIGLER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 91-1-02899-7, Sally Pasette, J., entered Decem-
ber 16, 1991. *Affirmed* by unpublished opinion per Webster,
C.J., concurred in by Forrest and Kennedy, JJ.

[No. 31137-9-I. Division One. December 16, 1993.]

A-1 PLUMBING, HEATING AND SEPTIC REDI-ROOTER, INC.,
ET AL, *Respondents*, v. ELIZABETH PEA,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 91-2-00274-9, Gilbert E. Mullen, J., entered June
29, 1992. *Affirmed* by unpublished opinion per Baker, J., con-
curred in by Scholfield and Forrest, JJ.